**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Anthony             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11999 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                        Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
13 Jul 2023, 14:57:28, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: d2211967004b337b1dc1b693e0cff0ccefa35d46f686b3c15c25781eefb3df4a