

July 28, 2023

U.S. Bankruptcy Court
Eastern District of Pennsylvania (Philadelphia)

Re [23-11999-mdc Joseph Anthony](#)
Notice to Withdraw Proof of Claim

Please withdraw proof of claim 2. Proof of claim 7 will represent the Department's current interest in the case.

Thank you

/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
Phone: (717)783-6256
E-mail: patrickmi@pa.gov
www.revenue.state.pa.us