# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                Chapter 13

    JOSEPH ANTHONY                                       Bankruptcy No. 23-11999-MDC

    1614 GARNET MINE ROAD

    GARNET VALLEY, PA 19060


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSEPH ANTHONY

    1614 GARNET MINE ROAD

    GARNET VALLEY, PA 19060

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 9/27/2023                                                                                                /s/ Kenneth E. West

                                                                                               Kenneth E. West, Esquire
                                                                                               Chapter 13 Standing Trustee