# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Anthony<br>    Debtor<br><br>Lakeview Loan Servicing, LLC, its successors and/or assignees<br>    Movant<br>  vs.<br><br>Joseph Anthony<br>    Debtor<br><br>Kenneth E. West<br>    Trustee | CHAPTER 13<br><br><br>NO. 23-11999 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **August 29, 2023**.

Dated: October 18, 2023

              Respectfully submitted,

              /s/Mark A. Cronin
              Mark A. Cronin, Esq.
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              Phone: (215) 627-1322
              mcronin@kmllawgroup.com