United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph Anthony  
Debtor

Case No. 23-11999-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Apr 09, 2024 | Form ID: 155 | Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Anthony, 1614 Garnet Mine Road, Garnet Valley, PA 19060-2309 |
| 14796738 | + | BHCU, 501 Industrial Hwy, Ridley Park, PA 19078-1139 |
| 14833077 | + | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14833467 | + | Chester Water Authority, c/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14833078 | + | Chester Water Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14800092 | + | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14839678 | + | Credit Works, LLC., 3191 Coral Way, 203, 3191 Coral Way, 203, Miami, FL 33145-3219 |
| 14798822 | + | Lakeview Loan Servicing, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14797560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2024 00:35:57 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812306 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2024 00:35:41 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796734 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 10 2024 00:20:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14796735 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 10 2024 00:21:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14807374 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2024 00:35:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796737 | + | Email/PDF: bncnotices@becket-lee.com | Apr 10 2024 00:35:56 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14796739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:35:55 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14796740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 00:35:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14796743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:36:41 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14796744 | + | Email/Text: bankruptcy@connexuscu.org | Apr 10 2024 00:21:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14796745 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2024 00:35:25 | Credit One Bank, Attn: Bankruptcy Department, |

Case 23-11999-mdc   Doc 49   Filed 04/11/24   Entered 04/12/24 00:34:27   Desc Imaged
                              Certificate of Notice     Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 155 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | | Po Box 98873, Las Vegas, NV 89193-8873 |
| 14799384 | Email/Text: mrdiscen@discover.com | Apr 10 2024 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14796747 | + Email/Text: mrdiscen@discover.com | Apr 10 2024 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14796749 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 10 2024 00:35:25 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14796750 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2024 00:20:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14796751 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 10 2024 00:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14796752 | + Email/Text: electronicbkydocs@nelnet.net | Apr 10 2024 00:21:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14796753 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2024 00:21:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14815150 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2024 00:21:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14796741 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2024 00:36:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14802620 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 10 2024 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14829473 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2024 00:21:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-0113 |
| 14806177 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:35:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14798654 | ^ MEBN | Apr 10 2024 00:20:31 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14796754 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 10 2024 00:21:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14815294 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 10 2024 00:21:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14796755 | + Email/Text: bankruptcy@marinerfinance.com | Apr 10 2024 00:21:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14796756 | + Email/PDF: cbp@omf.com | Apr 10 2024 00:35:59 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14814416 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 00:48:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14798080 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14814413 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2024 00:21:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14796757 | ^ MEBN | Apr 10 2024 00:20:20 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14796758 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:36:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14796759 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:47:32 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14796760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:35:24 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14814721 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14796761 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14807902 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 10 2024 00:21:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14796762 |  | Email/Text: bknotice@upgrade.com | Apr 10 2024 00:20:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14797462 |  | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 10 2024 00:35:25 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14796763 | + | Email/Text: LCI@upstart.com | Apr 10 2024 00:21:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14796764 | + | Email/Text: LCI@upstart.com | Apr 10 2024 00:21:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14798676 | ^ | MEBN | Apr 10 2024 00:20:23 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14796748 |  | First Premier Bank |
| 14796736 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14800292 | *+ | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14796746 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14796742 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14799606 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 | User: admin | Page 4 of 4

Date Rcvd: Apr 09, 2024 | Form ID: 155 | Total Noticed: 51

BRAD KUBISIAK
    on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE bkubisiak@attorneygeneral.gov

BRAD J. SADEK
    on behalf of Debtor Joseph Anthony brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Chester Water Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:               ) | |
|   Joseph Anthony    ) | Case No. 23−11999−mdc |
|                      ) | |
| Debtor(s).          ) | Chapter: 13 |
|                      ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 4, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court