**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Joseph Anthony | : | Chapter 13 |
|  | : | |
| Debtor. | : | |
| | : | Bankruptcy No.  23-11999-amc |

**PRAECIPE TO WITHDRAW CLAIM #28**
**OF THE CHESTER WATER AUTHORITY**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #28 of the Chester Water Authority.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:  */s/ James R. Wood, Esquire*
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA  19406
(484) 690-9341
Attorneys for Chester Water Authority

Dated:  November 5, 2024