# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Joseph Anthony | : | |
| | : | Case No.: 23-11999-DJB |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.


Dated: March 12, 2025                         /s/ Brad J. Sadek, Esquire
                                                      Brad J. Sadek, Esquire
                                                       Sadek Law Offices, LLC
                                                       1500 JFK Boulevard, Suite #220
                                                       Philadelphia, PA 19102
                                                       brad@sadeklaw.com
                                                       215-545-0008