### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Joseph Anthony | : | Chapter 13 |
| | : | Case No.: 23-11999-DJB |
|    Debtor | : | |

### **O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

BY THE COURT:

**Date: March 31, 2025**

Dated:_____

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE