United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Joseph Anthony

Debtor

Case No. 23-11999-djb

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Jul 30, 2026

User: admin

Form ID: pdf900

Page 1 of 4

Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Anthony, 1614 Garnet Mine Road, Garnet Valley, PA 19060-2309 |
| cr | + | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENU, c/o Brad Kubisiak, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103 UNITED STATES 19103-2016 |
| 14796738 | + | BHCU, 501 Industrial Hwy, Ridley Park, PA 19078-1139 |
| 14833077 | + | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14833467 | + | Chester Water Authority, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14833078 | + | Chester Water Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14800092 | + | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14920691 | + | Commonwealth of Pennsylvania, Department of Revenue, C/O Brenda S. Bishop, 15th floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14798822 | + | Lakeview Loan Servicing, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 31 2026 02:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:03:45 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Jefferson Capital Systems, LLC, P.O. Box 953185, St Louis, MO 63195-3185 |
| 14797560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812306 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:03:47 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796734 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14796735 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 31 2026 02:02:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14807374 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:03:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796737 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:14:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14796739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2026 02:14:24 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

District/off: 0313-2 | User: admin | Page 2 of 4

Date Rcvd: Jul 30, 2026 | Form ID: pdf900 | Total Noticed: 56

| | | | |
|---|---|---|---|
| 14839678 | Email/Text: docs@creditworksonline.com | Jul 31 2026 02:02:00 | Credit Works, LLC., 3191 Coral Way, 203, 3191 Coral Way, 203, Miami, FL 33145-203 |
| 14796740 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:14:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14796741 + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2026 02:14:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14796743 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2026 02:14:19 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14796744 + | Email/Text: bankruptcy@connexuscu.org | Jul 31 2026 02:02:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14796745 + | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2026 02:03:54 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14799384 | Email/Text: mrdiscen@discover.com | Jul 31 2026 02:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14796747 + | Email/Text: mrdiscen@discover.com | Jul 31 2026 02:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14796749 + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 31 2026 02:14:19 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14796750 + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14796751 + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14796752 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 31 2026 02:02:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14796753 + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 02:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14815150 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14802620 + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 31 2026 02:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14829473 + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-0113 |
| 14806177 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14798654 ^ | MEBN | Jul 31 2026 01:58:17 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14796754 + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 31 2026 02:02:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14815294 + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 31 2026 02:02:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14796755 + | Email/Text: bankruptcy@marinerfinance.com | Jul 31 2026 02:02:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14796756 + | Email/PDF: cbp@omf.com | Jul 31 2026 02:03:59 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14814416 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2026 02:45:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14798080 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2026 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA |

| | | | 17128-0946 |
|---|---|---|---|
| 14814413 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14796757 | + Email/PDF: ProsperBKDetection@resurgent.com | Jul 31 2026 02:14:18 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14796758 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14796759 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:58 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14796760 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:04:02 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14814721 | + Email/Text: bncmail@w-legal.com | Jul 31 2026 02:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14796761 | + Email/Text: bncmail@w-legal.com | Jul 31 2026 02:02:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14807902 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 31 2026 02:02:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 14796762 | Email/Text: bknotice@upgrade.com | Jul 31 2026 02:02:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14797462 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 31 2026 02:03:59 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14796763 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14796764 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14798676 | + Email/Text: peritus@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Upstart Network, Inc, C/O Peritus Portfolio Services II, LLC, PO BOX 1149, Grapevine, TX 76099-1149 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14796748 | | First Premier Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 14796736 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14796742 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14800292 | *+ | Commonwealth of PA, Dept. of Revenue, c/o Brad G. Kubisiak, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14796746 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14799606 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jul 30, 2026 | Form ID: pdf900 | Total Noticed: 56

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Joseph Anthony brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE bbishop@attorneygeneral.gov |
| JAMES RANDOLPH WOOD | on behalf of Creditor Chester Water Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            Chapter 13
    JOSEPH ANTHONY

                                        Bankruptcy No. 23-11999-DJB

            Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 30, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge